## MILLER, appellant, v. HUNT.

*Married women — wife's separate estate — contracts of husband as agent.*

A person did work and furnished materials for the repair of a house on the separate estate of a married woman : *Held,* that he had an action against her therefor, if the work and materials were ordered by her, even if the creditor did not know who was the principal.

Where a married woman knowing that repairs were being made upon a house owned by her, and that her separate estate was benefited thereby, silently permitted her husband to make them, as her agent. *Held,* that she was liable for the debts contracted by him in making such repairs.

APPEAL from a judgment of the county court of Orange county, reversing the judgment of a justice of the peace.

The action before the justice was brought by George A. Miller against Catharine M. Hunt, to recover the value of a walnut stair rail, newel and balusters, furnished by the plaintiff to the defendant, a married woman, for a house owned and occupied by her.

The plaintiff recovered a judgment for $52.95, damages and costs, before the justice, which the county court reversed on appeal.

*Groo & Wiggins,* for appellant.

*J. V. D. Benedict,* for respondent.

BARNARD, P. J.

The head-note states the only points passed upon in the opinion. The judgment of the county court was reversed and that of the justice affirmed.

*Judgment accordingly.*